IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TIMOTHY REESE,

    Petitioner,

v.                      Case No. 5:16cv10-MW/EMT

JULIE L. JONES, et al.,

    Respondents.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 40, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 47. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Petitioner's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The Second Amended Petition, ECF No. 20, is **DENIED**. A Certificate of Appealability is **DENIED**." The Clerk shall close the file.

**SO ORDERED** on December 10, 2018.

                              s/ MARK E. WALKER
                              **Chief United States District Judge**